# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DEBORAH DIANE FLETCHER, )
)
        Plaintiff, )
)
    v. )
)
APPEALS COURT CLERK OFFICE, )
)
        Defendant. )

Case: 1:17-cv-00458
Assigned To : Unassigned
Assign. Date : 3/15/2017
Description: Pro Se Gen. Civ. **(F-DECK)**

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and her *pro se* civil complaint. According to plaintiff, the Clerk of the United States Court of Appeals has "denied plaintiff her constitution[al] rights to receive four awards that were file[d] in [the] court system during October or November 2016." Compl. at 2. She has asked this Court to "order the defen[d]ant to put these awards through and stop holding them." *Id.*

Even if this Court had the authority to compel the D.C. Circuit to act, *see Panko v. Rodak*, 606 F.2d 168, 171 n.6 (7th Cir. 1979) ("It seems axiomatic that a lower court may not order the judges or officers of a higher court to take an action."), *cert. denied*, 444 U.S. 1081 (1980), it does not appear that plaintiff is entitled to the relief she seeks. Not one of the four cases she identifies, *see* Compl. at 2, has been resolved in her favor. *See Fletcher v. Supergirl*, No. 16-7101 (D.C. Cir. Nov. 28, 2016) (dismissed for lack of timely notice of appeal); *Fletcher v. Reed*, No. 16-7099 (D.C. Cir. Nov. 28, 2016) (dismissed for lack of timely notice of appeal); *Fletcher v. U.S. District Attorney*, No. 16-5278 (D.C. Cir. Jan. 30, 2017) (dismissed for lack of prosecution); *Fletcher v. Dep't of Educ.*, No. 16-5275 (D.C. Cir. Jan. 30, 2017) (dismissed for lack of prosecution).

The Court will grant plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint. An Order consistent with this Memorandum Opinion is issued separately.

DATE:

3/3/17

_____
United States District Judge